UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAYSI M. ALBA,

    Plaintiff,

v.                                        Case No: 8:23-cv-212-JSM-JSS

SAFETY HARBOR FACILITY
OPERATIONS, LLC,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Dkt. 32). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Dkt. 32) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of December, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record